UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA OF QUALCOMM INCORPORATED<br><br>TOT POWER CONTROL, S.L.,<br>                    Plaintiff,<br>    v.<br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br>                    Defendants. | Case No.: 3:24-cv-00627-H-VET<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION AND REQUEST FOR ORDER**<br><br>[Doc. No. 16] |

Before the Court is Plaintiff TOT Power Control, S.L. ("TOT") and Third-Party Qualcomm Inc.'s ("Qualcomm") Joint Motion for Approval of Stipulation and Request for Order (the "Joint Motion"). Doc. No. 16. TOT and Qualcomm jointly request a thirty (30) day extension on briefing schedules related to TOT's Motion to Compel Rule 30(b)(6) Testimony and Document Production from Qualcomm ("Motion to Compel"). *Id.*; *see also* Doc. No. 1. Following a deposition on May 17, 2024, the parties jointly represent this extension will allow them to continue ongoing meet and confer efforts and resolve the

Motion to Compel. Doc. No. 16-1 at 2. Currently, Qualcomm's response to the Motion to Compel is due June 3, 2024 and TOT's reply is due June 10, 2024. *See* Doc. No. 14.

Based on a review of the record and the Joint Motion, and good cause appearing, the Court **GRANTS** the Joint Motion and **AMENDS** the Order Setting Briefing Schedule (Doc. No. 8) as follows:

1. Qualcomm's responses are due **July 3, 2024**.

2. TOT shall file a reply, if any, no later than **July 10, 2024**.

Any further requests for extensions shall be supported by declaration from counsel explaining why the issue cannot be resolved before July 3, 2024.

TOT must serve a copy of this order on Qualcomm and Samsung by **June 4, 2024** and file a proof of service.

**IT IS SO ORDERED**.

Dated: June 3, 2024

Honorable Valerie E. Torres
United States Magistrate Judge